FILED
JUL 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Leave to file without
Prepayment of Cost **GRANTED**

*[signature]*
7/27/05

SAWAT KHAN
Camp Delta
Washington, D.C. 20355

        Petitioner

v.

GEORGE W. BUSH, President
of the United States

DONALD RUMSFELD, Secretary,
United States Department of Defense

JAY HOOD, Army Brigadier General,
Commander, Joint Task Force-GTMO

MICHAEL I. BUMGARNER, Army
Colonel, Commander, Joint Detention
Operations Group - JTF-GTMO

        Respondents

Civil Action No.

CASE NUMBER  1:05CV01491

JUDGE: James Robertson

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 07/28/2005

## PETITION FOR WRIT OF HABEAS CORPUS

05 1491

**FILED**

JUL 2 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GUAN-2005-T02705

To civil court of United States of America
I SAWAT KHAN son of GUL SAWAB KHAN am from Village of Dor Manika, which is situated in Daragai district of Khost province in Afghanistan. It has been two and half years, that unlawfully, and without any reason, and innocently I have been jailed in Guantanamo Bay, Cuba.

I was a member of the police department for the interior ministry of the current Government of Afghanistan. I was an official police officer of Khost province, where I was at the service of people and central government with the leadership of Mr. Karzai. I didn't have any involvements with any military or political parties. Personal enemies and conspirators, and who have lied with false accusation have sold me to the American. None of the accusations are true about me, and if you find a little disloyalty to the central government or collations forces or I had any association with the opposition groups, and prove it, then I will accept any punishments.

Unfortunately, the military tribunal has accused me of being an enemy Combatant. I am not accepting this decision of the tribunal, which is unjust, and unlawfully have me imprisoned. I am presenting this objection to your respectable authority, and I hope that you review my files with justice, and please give the order for my release with clearance from obligation, so that I can go back to serve my people in my dear country.

Sincerely,
Signed
25-05-2005

GUAN-2005-T 02705

د امریکی د متحدو ایالاتو د ملی محکمی مقام !

زه صوات خان د ګل سواب خان زوی د افغانستان د خوست ولایت د درویی ولسوالی د دیر ملی اوسیدونکی یم ━━━━━ لیږدی په غیر قانونی ډول نیولی شوی او راغلی او بی ګناه دکیوبا په ګوانتانامو جیل کی بندکی یم.

زه د افغانستان د اوسنی اوقانونی حکومت د وزارت داخلی د پولیسو غړی وم چه د خوست په ولایت کی د پولیسو په عنوان او د س سی پولیس په توګه د خلکو د خدمت او د مرکزی دولت د سیاسی کرزی په مشری د ندی او وطیفی په غاړه لرله او د همدی سیاسی او تغایی ګوند او ورسره د امریکی او اس ایاس اتباط لرله. د یوه شخصی دښمن د کوډکو او د رپواخو دهمو او پاړوا خبرو په اساس په امریکایی قواوو صرغ شوی یم چه لویه بی حقیقت نلری او له کوڅینی سبب د خیانت او د مرکزی دولت او تریال قواوو به مخالفت او یا د مخالیفینو سره اتباط نه ما سره پیدا شوی او پیه ما باندی ثبوت شوی ـ هر ډول جزا منم او په کښان باندی قبولوم.

متأسفانه د جنګی موقعیت غور کوونکی جلسی پر ما باندی د جښی او مباش د ښمن حکم کړی چه د دی حکم د مه سلو په درغ او د صفه غیر عادلانه نه بلل او د چنی خان د غیر قانونی بندی کیل او غیر قانونی ساتل اعتراض لرم او دغه اعتراض ښاسو محترم و مقاموتیه ورانوی لرم او وسیله درمی ښما په دوسیه باندی په عادلانه ډول سره غور وکری او ښما د خلاص اوپرائت حکم صادر کړی ترڅو چه د خبل کورنی او خلکو د خدمت میارم ګدای خدمتګار.

په درناوی
[signature]
25, May, 2005

تاسو ستاسو ښخ