**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SAWAT KHAN,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br><br>Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 05-1491 (JR) |

**ORDER**

Respondents' motion for a stay [2] is **granted.** Petitioner having submitted himself to the jurisdiction of this Court, and the Court having asserted in personam jurisdiction, see Rasul v. Bush, 124 S.Ct. 2686 (2004), the stay will apply to all proceedings applicable to the petitioner, including without limitation his release, repatriation, or rendition, and it will remain in effect until further order of the Court.

JAMES ROBERTSON
United States District Judge