IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SAWAT KHAN,** | ) | |
|     Detainee, | ) | |
|     Guantanamo Bay Naval Station | ) | |
|     Guantanamo Bay, Cuba; | ) | |
| | ) | |
| *Petitioner*, | ) | **CIVIL ACTION** |
| | ) | **(Habeas Corpus)** |
| | ) | |
| v. | ) | |
| | ) | No. 1:05-cv-01491-JR |
| | ) | |
| **GEORGE W. BUSH, et al.,** | ) | |
| *Respondents*. | ) | |

* * * * *

### PETITIONER'S MOTION FOR ENTRY OF PROTECTIVE ORDER

Counsel for Petitioner Sawat Khan, through undersigned counsel, hereby moves for an order for the entry of the Amended Protective Orders, as set forth in the accompanying Memorandum in Support of Petitioner's Motion.

Respectfully submitted,

_____
JAMES WYDA
Federal Public Defender


MARTIN G. BAHL
Staff Attorney
100 South Charles Street
Tower II, Suite 1100
Baltimore, Maryland 21201
(410) 962-3962

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of March, 2006, a copy of the foregoing Petitioner's Motion for Entry of Protective Order, was mailed certified-mail to: George W. Bush, President of the United States, The White House, 1600 Pennsylvania Avenue, N.W., Washington, D.C., 20500; Donald Rumsfeld, Secretary, United States Department of Defense, 1000 Defense Pentagon, Washington, D.C., 20301-1000; Army Brig. Gen. Jay Hood, Commander, Joint Task Force-GITMO, JTF-GITMO, APO AE 09360; and Army Col. Mike Bumgarner, Commander, Joint Detention Operations Group, JTF-GITMO, APO AE 09360.

                                                                                                           _____

                                                                                                           JAMES WYDA
                                                                                                           Federal Public Defender
                                                                                                             for the District of Maryland

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAWAT KHAN,<br>    Detainee,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba;<br><br>*Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>*Respondents*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>(Habeas Corpus)<br><br><br>No. 1:05-cv-01491-JR |

\* \* \* \* \*

**(PROPOSED) ORDER**

_____Having considered Petitioner's Motion for Entry of Protective Order, it is hereby

ORDERED that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, in *In re Guantanamo Detainee Cases*, 344 F. Supp.2d 174 (D.D.C. 2004), the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, in *In re Guantanamo Detainee Cases*, and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004 in *In re Guantanamo Detainee Cases*, shall apply to the above captioned case.

IT IS SO ORDERED.

DATED:_____                    _____
                                         United States District Judge