**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAWAT KHAN,                              )
      Detainee,                            )
      Guantanamo Bay Naval Station         )
      Guantanamo Bay, Cuba;                )
                                           )
                                           )
*Petitioner*,                            )          **CIVIL ACTION**
                                           )          **(Habeas Corpus)**
                                           )
                                           )
v.                                       )
                                           )
                                           )          **No. 1:05-cv-01491-JR**
                                           )
GEORGE W. BUSH, et al.,                  )
*Respondents*.                           )

\* \* \* \* \*

**MEMORANDUM IN SUPPORT OF PETITIONER'S MOTION**
**FOR ENTRY OF PROTECTIVE ORDER**

      Petitioner Sawat Khan respectfully requests that this Court enter the Amended Protective

Order and Procedures for Counsel Access to Detainees at the United States Naval Base in

Guantanamo Bay, Cuba ("Amended Protective Order"), first issued on November 10, 2004, in the

*In re Guantanamo Bay Detainee Cases* by then Coordinating Judge Joyce Hens Green and since

entered in related habeas proceedings in this District Court (Exhibit A); the Order Supplementing

and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first

issued on December 13, 2004, in *In re Guantanamo Detainee Cases* (Exhibit B); and the Order

Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004

in *In re Guantanamo Detainee Cases* (Exhibit C).

The government conditions Petitioner's right to access to assigned counsel, as affirmed in *Al Odah, et al. v. Bush*, 346 F. Supp.2d 1 (D.D.C. 2004), upon entry of the Amended Protective Order, and undersigned counsel is prohibited from meeting with Petitioner until the Amended Protective Order is entered. In the absence of an order from the Court, counsel is also prohibited from sending or receiving legal mail from Petitioner and is therefore unable to initiate, let alone establish, a functioning attorney-client relationship. Entry of the Amended Protective Order would afford undersigned counsel the opportunities provided counsel in other pending Guantanamo Bay detainee cases to visit petitioners at Guantanamo Bay and to send them privileged attorney-client mail by way of the legal mail procedures outlined in the Amended Protective Order

Pursuant to Local Civil Rule 7(m), undersigned counsel for Petitioner has conferred with Respondents' counsel regarding the relief sought in this motion. Respondent' counsel opposes the motion. A proposed Protective Order is attached to this motion and memorandum. Although Petitioner is moving for entry of the Amended Protective Order, he reserves the right to challenge or seek modification of any particular terms of the Protective Order in the future, and to ask this Court to review any designation made by Respondents of particular information as "protected," as may be appropriate.

2

Respectfully submitted,

_____

JAMES WYDA
Federal Public Defender


MARTIN G. BAHL
Staff Attorney
100 South Charles Street
Tower II, Suite1100
Baltimore, Maryland 21201
(410) 962-3962


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of March, 2006, a copy of the foregoing Memorandum in Support of Petitioner's motion For Entry of Protective Order, was mailed certified-mail to:  George W. Bush, President of the United States, The White House, 1600 Pennsylvania Avenue, N.W., Washington, D.C., 20500; Donald Rumsfeld, Secretary, United States Department of Defense, 1000 Defense Pentagon, Washington, D.C., 20301-1000; Army Brig. Gen. Jay Hood, Commander, Joint Task Force-GITMO, JTF-GITMO, APO AE 09360; and Army Col. Mike Bumgarner, Commander, Joint Detention Operations Group, JTF-GITMO, APO AE 09360.


_____

JAMES WYDA
Federal Public Defender
  for the District of Maryland