# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SAWAT KHAN,** | ) | |
| **Detainee,** | ) | |
| **Guantanamo Bay Naval Station** | ) | |
| **Guantanamo Bay, Cuba;** | ) | |
| | ) | |
| | ) | |
| *Petitioner*, | ) | **CIVIL ACTION** |
| | ) | **(Habeas Corpus)** |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | **No. 1:05-cv-01491-JR** |
| | ) | |
| **GEORGE W. BUSH, et al.,** | ) | |
| *Respondents*. | ) | |

\* \* \* \* \*

## (PROPOSED) ORDER

_____Upon consideration of Petitioner's Motion for Entry of Protective Order, it is hereby

ORDERED that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, in *In re Guantanamo Detainee Cases*, 344 F. Supp.2d 174 (D.D.C. 2004), the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, in *In re Guantanamo Detainee Cases*, and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004 in *In re Guantanamo Detainee Cases*, shall be entered in this case.

IT IS SO ORDERED.


DATED:_____                          _____
                                                United States District Judge