IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAWAT KHAN, ) | |
|      Petitioner, ) | |
| v. ) | Civil Action No. 05-CV-1491 (JR) |
| GEORGE W. BUSH, ) President of the United States, ) *et al.*, ) | |
|      Respondents. ) | |

**NOTICE OF TRANSFER OF PETITIONER AND WITHDRAWAL OF REQUEST FOR DESIGNATION OF CERTAIN INFORMATION AS PROTECTED INFORMATION**

Respondents hereby provide notice that the United States has relinquished custody of petitioner Sawat Khan (ISN 933) and transferred him to the control of the Government of Afghanistan.

Because the transfer of petitioner has been completed, respondents hereby withdraw their request to have the Stipulation and Order (dated September 29, 2006) treated as "protected information."[1]

Dated: October 24, 2006         Respectfully submitted,

                                                   PETER D. KEISLER
                                                 Assistant Attorney General

                                                 DOUGLAS N. LETTER
                                                 Terrorism Litigation Counsel

---

[1] Consistent with this withdrawal, the Stipulation and Order, previously filed under seal as protected information, may be unsealed and filed on the public record.

  /*s*/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar. No. 23840-49)
NICHOLAS J. PATTERSON
EDWARD H. WHITE
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents