UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAWAT KHAN, :
 :
      Petitioner, :
 :
  v. : Civil Action No. 05-1491 (JR)
 :
GEORGE W. BUSH, President of the :
United States, *et al.*, :
 :
      Respondents. :

### ORDER

It is by the Court *sua sponte* **ORDERED**, on the authority of Boumediene v. Bush and Al Odah v. United States, 476 F.3d 981 (D.C. Cir.), cert. denied 549 U.S. ___ (April 2, 2007), that this case is **dismissed for lack of subject matter jurisdiction**.


                              JAMES ROBERTSON
                     United States District Judge